DISMISS and Opinion Filed May 2, 2017



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00156-CV

### GUARDIANSHIP OF ROSEMARY ELL, AN ALLEGED INCAPACITATED PERSON

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-14-02036-3**

## MEMORANDUM OPINION
Before Justices Bridges, Myers, and Brown
Opinion by Justice Bridges

Appellants appeal from the trial court's order dismissing the guardianship proceeding. By letter dated March 14, 2017, the Court questioned its jurisdiction over this appeal as it appeared the notice of appeal was untimely. We instructed appellants to file a letter brief with an opportunity for appellee to file a response. The parties complied.

When a timely post-judgment motion extending the appellate timetable is filed, a notice of appeal is due ninety days after the date the judgment is signed. *See* TEX. R. APP. P. 26.1(a). Without a timely filed notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b).

The trial court signed the dismissal order on October 19, 2016. Appellants filed a timely motion for new trial on November 18, 2016. *See* TEX. R. CIV. P. 329b(a). Accordingly, the notice of appeal was due on January 17, 2017, ninety days after the date the dismissal order was signed. *See* TEX. R. APP. P. 26.1(a). Appellants filed a notice of appeal on February 14, 2017, twenty-eight days past the deadline.

In their jurisdictional brief, appellants explain that, although the trial court signed an order denying their motion for new trial on December 30, 2016, they did not receive notice of the order until January 26, 2017. Thus, they argue, their notice of appeal filed on February 14, 2017 was timely as it was filed within thirty days of January 26, 2017. We disagree. It is the date the judgment is signed, not the date an order denying a motion for new trial is signed, that triggers the deadline for filing a notice of appeal. *See* TEX. R. APP. P. 26.1(a); *Weik v. Second Baptist Church of Houston*, 988 S.W.2d 437, 438 (Tex. App.—Houston [1st Dist.] 1999, pet. denied).

Because appellants failed to file a timely notice of appeal, the Court lacks jurisdiction over the appeal. We dismiss the appeal. TEX. R. APP. P. 42.3(a).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

170156F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

GUARDIANSHIP OF ROSEMARY ELL, AN ALLEGED INCAPACITATED PERSON

No. 05-17-00156-CV

On Appeal from the Probate Court No. 3, Dallas County, Texas
Trial Court Cause No. PR-14-02036-3.
Opinion delivered by Justice Bridges.
Justices Myers and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Mitchell Roll recover his costs of this appeal from appellants Kathy Marthe and Wilmer Roll.

Judgment entered May 2, 2017.